DOA: 10/20/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Daniel Serrano-Sanchez, | ) | Case No. | 25-9457 MJ |
| A #249 217 303 | ) | | |
| | ) | | |
| *Defendant* | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 21, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Daniel Serrano-Sanchez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 10, 2024, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for SAUSA Faith Hook
Digitally signed by CHARLES BAIL
Date: 2025.10.20 13:11:22 -07'00'

☒ Continued on the attached sheet.

JUAN M AGUIRRE
Digitally signed by JUAN M AGUIRRE
Date: 2025.10.20 13:49:57 -07'00'

*Complainant's signature*

Juan M. Aguirre
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date: October 20, 2025

*Judge's signature*

Eileen S. Willett
United States Magistrate Judge

City and state: Phoenix, Arizona

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Juan M. Aguirre, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about June 21, 2025, officers with the Mesa Police Department arrested and booked Daniel Serrano-Sanchez into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. While Serrano-Sanchez was confined at the MCJ, ICE agents encountered him, and he stated that he is a citizen of Mexico. On the same date, an immigration detainer was lodged with the MCJ for Serrano-Sanchez. On or about October 20, 2025, Serrano-Sanchez was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Serrano-Sanchez was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Daniel Serrano-Sanchez to be a citizen of Mexico and a previously deported alien. Serrano-Sanchez was removed from the United States to Mexico, through Nogales, Arizona, on or about July 10, 2024, pursuant to a final order of removal issued by an immigration official. There is no record of Serrano-

Sanchez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Serrano-Sanchez's immigration history was matched to him by electronic fingerprint comparison.

4. On or about October 20, 2025, Daniel Serrano-Sanchez was advised of his constitutional rights. Serrano-Sanchez freely and willingly acknowledged his rights but did not agree to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about June 21, 2025, Daniel Serrano-Sanchez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about July 10, 2024, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit

///

///

and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

JUAN M AGUIRRE
Digitally signed by JUAN M AGUIRRE
Date: 2025.10.20 13:50:50 -07'00'

Juan M. Aguirre
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
October 20, 2025

*EsWillett*

Eileen S. Willett
United States Magistrate Judge

3